**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Bruce D Zelenko | ) | Case no. 18-30655 |
| Jennifer L Zelenko | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge: A. Benjamin Goldgar |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Bruce D Zelenko
Jennifer L Zelenko
1008 Richard Brown Blvd
Volo, IL  60073

Michelson Law Office
617 6Th St Po Box 67
Racine, WI 53401-0067

Please take notice that on Friday, May 22, 2020 at 9:15 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar at the Park City Branch Court, 301 Greenleaf Ave, Rm B, Park City, IL 60085 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, April 29, 2020.

/s/ Carrie ODonnell
For:  Glenn Stearns, Trustee

---

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtors filed a petition under the Bankruptcy Code on October 31, 2018.
2. The debtors plan was confirmed on October 25, 2019.

A Summary of the debtors plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $2,088.00 | Last Payment Received: | March 23, 2020 |
| Amount Paid: | $28,147.00 | Amount Delinquent: | $6,916.83 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtors with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888

Respectfully Sumitted;

/s/  Glenn Stearns
For:  Glenn Stearns, Trustee